UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KIMBERLY A. ROGERS,<br><br>                Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 12-cv-05573 RBL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)    **JUDGMENT** is for plaintiff and the case should be closed.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

1   (4)   The Clerk is directed to send copies of this Order to counsel of record.

2   Dated this 9th day of September, 2013.

4   _Ronald B. Leighton_
    RONALD B. LEIGHTON
5   UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2

1   (4)   The Clerk is directed to send copies of this Order to counsel of record.

2   Dated this 9th day of September, 2013.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE